```
                 IN THE UNITED STATES DISTRICT COURT
                 FOR THE SOUTHERN DISTRICT OF ALABAMA
                           SOUTHERN DIVISION
```

| | |
|---|---|
| **CEDRIC D. SEARIGHT, # 291520,** | * |
| | * |
| Plaintiff, | * |
| | * |
| vs. | * CIVIL ACTION NO. 20-00120-KD-B |
| | * |
| **CLEO TOLLIVER,** *et al.*, | * |
| | * |
| Defendants. | * |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1) and dated September 18, 2020 (Doc. 7) is **ADOPTED** as the opinion of this Court.  It is **ORDERED** that this action be **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's orders.

**DONE** this 15th day of October 2020.

s/ Kristi K. DuBose
**KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE**
