```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE SOUTHERN DISTRICT OF ALABAMA
                    SOUTHERN DIVISION
```

| | |
|---|---|
| **CEDRIC D. SEARIGHT, # 291520,** | * |
| | * |
|     **Plaintiff,** | * |
| | * |
| **vs.** | * CIVIL ACTION NO. 20-00120-KD-B |
| | * |
| **CLEO TOLLIVER,** *et al.***,** | * |
| | * |
|     **Defendants.** | * |

### JUDGMENT

In accordance with the Order entered this date, adopting the Report and Recommendation of the Magistrate Judge, it is **ORDERED, ADJUDGED,** and **DECREED** that this action is **DISMISSED without prejudice** for Plaintiff's failure to prosecute and obey the Court's orders.

**DONE** this 15th day of October 2020.

                                                      <u>s/ Kristi K. DuBose</u>
                                                      **KRISTI K. DuBOSE**
                                                      **CHIEF UNITED STATES DISTRICT JUDGE**